**Christopher SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 72216, 72245.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 17, 1998.

Susan W. McGraugh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Seth A. Albin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

**ORDER**

PER CURIAM.

Movant appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the record on appeal and the briefs of the parties and find the motion court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for

the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).